*Friday, January 3, 1997*

## MERIT DOCKET

**96–2776.   Hong v. Chen.**
Cuyahoga App. No. 71501.   This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.   Upon consideration of appellant's emergency motion for stay of the court of appeals' judgment allowing a writ of habeas corpus and appellee's motion to dismiss,
   It is ordered by the court that the motion for emergency stay be, and hereby is, denied.
   MOYER, C.J., RESNICK and COOK, JJ., further note that the motion is moot.
   It is further ordered by the court that the motion to dismiss be, and hereby is, granted. Accordingly, it is ordered by the court that this cause be, and hereby is, dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

*Monday, January 6, 1997*

## MOTION DOCKET

**96–2790.   State v. Clemons.**
Hamilton C.P. No. B9511119.   This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County.   Upon consideration of appellant's motion for stay of execution.
   IT IS ORDERED by the court that a stay of execution be, and hereby is, granted, pending further order of this court.
   DOUGLAS, J., would grant pending this court's decision on direct appeal.
   PFEIFER, J., would grant to a time certain.

## MISCELLANEOUS DISMISSALS

**96–2571.   Landscaping & Reclamation Specialists, Inc. v. Tracy.**
Board of Tax Appeals, No. 94–T–512.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, January 7, 1997*

## MOTION DOCKET

**95–2575.   Ohio Edison Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1408–EL–CSS.   On December 30, 1996, appellant filed a document titled "List of Additional Authorities."   Appellant's document contains more than the list of citations to additional authorities permitted by S.Ct.Prac.R. IX(7), and therefore is not in compliance with S.Ct.Prac.R. IX(7).   Accordingly,
   IT IS ORDERED by the court, *sua sponte*, that appellant's statement of additional authorities be, and hereby is, stricken.
   COOK, J., not participating.